```
ANGIE H. KIM (SBN 231069)
AKim@skllg.com
Edward G. Operini
EOperini@skllg.com (SBN 130541)
```
**SKLG, APC.**
3325 Wilshire Boulevard, Suite 800
Los Angeles, California 90010
Telephone: (213) 389-3600;
Facsimile: (213) 389-3438

Attorneys for Plaintiff MYEONG OK PARK,
an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYEONG OK PARK, an individual<br><br>Plaintiff,<br><br>v.<br><br>MACARIO MEDINA, an individual, WHISLER AG SERVICES, INC., a California corporation, NATIONAL RAILROAD PASSENGER CORPORATION, a foreign corporation doing business as AMTRAK,<br><br>Defendants | NO. 1:14−CV−00229−LJO−MJS<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERNECE PENDING SETTLEMENT DISCUSSIONS BETWEEN ALL PARTIES**<br><br><u>Mandatory Scheduling Conference</u><br>DATE: May 22, 2014<br>TIME: 10:30 A.M.<br><br>COURTROOM: #6 (6th Floor)<br>MICHAEL J. SENG<br>U.S. MAGISTRATE JUDGE |

Plaintiff, Myeong Ok Park ("Park"), an individual, Defendants Macario Medina ("Medina") and Whisler Ag Services Inc. ("Whisler Ag"), and Defendant National Railroad Passenger Corporation, a foreign corporation doing business as Amtrak ("Amtrak"), by and through their attorneys of record, hereby stipulate and agree, as follows:

1.  WHEREAS on or about October 1, 2012, Medina, a truck driver of Whisler Ag, slammed his big rig into a southbound Amtrak train traveling to Los Angeles from the San

**1**
STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

Francisco area on rural Kansas Avenue just west of 10th Avenue.  Medina was driving about 55 mph., the designated legal speed limit for the rural area.  The crash allegedly occurred at a crossing that was equipped with control gates ("the incident");

2. WHEREAS Park, who was on the Amtrak train at the time of crash and sustained injuries to her neck, upper back, low back (tail bone area), both legs and broken ribs as a result of the crash;

3. WHEREAS on or about April 16, 2013, Park received her right to sue letter from City of Hanford ("CITY"), rejecting her claim for damages for the CITY's negligent or intentional failure to warn known or should have known dangerous condition of public property based on prior similar incidents;

4. WHEREAS on or about April 30, 2013, Park received her right to sue letter from County of Kings ("COUNTY"), rejecting her claim for damages for the COUNTY's negligent or intentional failure to warn known or should have known dangerous condition of public property based on prior similar incidents;

5. WHEREAS on or about October 10, 2013, Park filed the instant litigation in Kings County Superior Court, Hanford Courthouse, Hanford, California against Defendants Medina, Whisler Ag, CITY, COUNTY, and Amtrak;

6. WHEREAS on or about October 10, 2013, Park completed personal service of summons and complaint against CITY;

7. WHEREAS on or about October 10, 2013, Park completed personal service of summons and complaint against COUNTY;

8. WHEREAS on or about November 25, 2013, Park dismissed the CITY as a defendant in the instant action based on documents presentenced by CITY;

9. WHEREAS on or about November 25, 2013, thereafter, Park dismissed the COUNTY as a defendant in the instant action based on documents presentenced by COUNTY;

10. WHEREAS on or about December 17, 2013, Defendants Whisler Ag and Medina appear in the instant action by filing their Answer;

11. WHEREAS on or about February 24, 2014, Defendant Amtrak files a Notice of Adverse Parties of Removal to Federal Court;

12. WHEREAS from April 8, 2014 to April 9, 2014, all known claimants in the incident engaged in a settlement conference with Whisler Ag, Medina and Amtrak to resolve all issues and claims arising from the incident and are continuing to finalize the terms of the release and settlement;

13. WHEREAS there is yet another tentative settlement discussion scheduled on or about May 7, 2014;

14. WHEREAS the Court has scheduled a Mandatory Scheduling Conference currently for May 22, 2014;

15. WHEREFORE the parties herein agree to continue the Mandatory Scheduling Conference for sixty (60) days while they finalize the settlement terms.

**SO STIPULATED**:

DATED: May _8_, 2014                                    SKLG, APC

                                                        /S/ Edward G. Operini
                                            by: _____
                                                ANGIE H. KIM
                                                EDWARD G. OPERINI
                                                Attorneys for Myeong-Ok Park, an
                                                individual

**1**
STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

DATED: May _1_, 2014                                    Murchison & Cumming, LLP

                                                  by:      /S/ Edmund G. Farrell III
                                                         ─────────────────────────────
                                                         Edmund G. Farrell III,
                                                         Attorneys for Whisler Ag Services, Inc., a
                                                         California Corporation and Macario
                                                         Medina, an individual

DATED: May __, 2014                                     Lombardi, Loper & Conant


                                                  by:      /S/ Benjamin Clyde Huthinson III
                                                         ─────────────────────────────
                                                         Benjamin Clyde Hutchinson III
                                                         Attorneys for National Railroad Passenger
                                                         Corporation, a foreign corporation doing
                                                         business as Amtrak,


## **ORDER**

The Initial Scheduling Conference set for May 22, 2014 at 10:30 am is continued to July 24, 2014 at 11:00 am before Magistrate Judge Michael J. Seng

IT IS SO ORDERED.

   Dated:   May 12, 2014                         /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

**SKLG, APC**
3325 Wilshire Boulevard, Suite 800
Los Angeles, California 90010-1616

---

**1**
STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 3325 Wilshire Boulevard, Suite 800, Los Angeles, California 90010.

On  May_, 2014, I served the following document(s):

on the following person(s):

| Farrell III, Edmund G. | Benjamin Clyde Hutchinson III |
| Murchison & Cumming, LLP | Lombardi, Loper & Conant |
| 801 South Grand Avenue | Lake Merritt Plaza |
| Ninth Floor | 1999 Harrison St #2600 |
| Los Angeles CA 90017-4613 | Oakland, CA 94612-3541 |
| *[for Defendants Whisler Ag Services, Inc., a California Corporation and Macario Medina, an individual]* | [for Defendant National Railroad Passenger Corporation, a foreign corporation doing business as Amtrak] |

☒ BY MAIL: I placed the ☐ original   ☒ true copy(ies) thereof enclosed in a sealed envelope with postage fully prepaid for collection and mailing, following the ordinary business practices of SKLG, APC. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ BY FACSIMILE: Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax number(s) listed above with his/its/their name(s). No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ BY PERSONAL SERVICE: I caused the document(s) to be personally delivered by messenger service to the person(s) at the address(es) listed above by placing them in a sealed envelope(s) or package(s) addressed as above and providing them to a professional messenger service for service. (A declaration by the messenger accompanies this Proof of Service or will be filed in due time.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May___, 2014, at Los Angeles, California.

/S/ Edward G. Operini

Edward G. Operini