1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT

11                          EASTERN DISTRICT OF CALIFORNIA

12

13   MYEONG OK PARK, an individual,          No. 1:14-CV-00229-MJS

14              Plaintiff,

15         v.                                 **ORDER RE: DISPOSITIVE DOCUMENTS
                                              AFTER NOTICE OF SETTLEMENT**
16   MACARIO MEDINA, an individual,
     WHISLER AG SERVICES, INC., a
17   California corporation, NATIONAL
     RAILROAD PASSENGER                       **DISPOSITIVE DOCUMENTS SHALL BE
18   CORPORATION, a foreign corporation       FILED WITHIN 30 DAYS .**
     doing business as AMTRAK,
19                                            **(ECF. 13)**
                Defendant.
20

21

22         On July 28, 2014, Defendant, National Railroad Passenger Corporation a/k/a

23   Amtrak, notified the Court that the parties to the above captioned matter had agreed to

24   settle it in its entirety.  In accordance with the provisions of Local Rule 160 (Fed. R. Civ.

25   P. 16), the Court now orders that all dispositive documents be submitted no later than 30

26   days from the date of this Order. If the parties conclude they cannot comply with this

27   Order within the time allotted, they shall, before expiration of that time, file a request for

28
                                             1

1  extension and include therein their reasons for believing the Order cannot be complied
2  with.
3      Failure to comply with this order may be grounds for the imposition of sanctions
4  against anyone who contributes to its violation.
5      ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY
6  VACATED.
7
8  IT IS SO ORDERED.
9     Dated:   July 30, 2014          /s/ *Michael J. Seng*
10                                  UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28