SKLG, APC
3325 Wilshire Boulevard, Suite 800
Los Angeles, California 90010

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYEONG OK PARK, an individual,<br><br>        Plaintiff,<br>v.<br><br>MACARIO MEDINA, an individual, WHISLER AG SERVICES, INC., a California Corporation, NATIONAL RAILROAD PASSENGER CORPORATION, a foreign corporation doing business as AMTRAK,<br><br>        Defendants. | CASE NO.: 1:14-cv-00229-LJO-MJS<br><br>Proposed Order for Extending Time to Submit Final Dispositive Documents |

<u>ORDER</u>

Having reviewed and considered Declaration of Angie H. Kim, Esq., and **Exhibit "A"** thereto that parties herein are still finalizing dispositive documents for Settlement, this court hereby grants an extension of time until September 30, 2014, to submit the same for final disposition of the above-entitled matter.

IT IS SO ORDERED.

Dated:   August 19, 2014                    /s/ *Michael J. Seng*
                                                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SKLG, APC**
3325 Wilshire Boulevard, Suite 800
Los Angeles, California 90010

2

[Proposed] Order
Case No.: 1:14-cv-00229-LJO-MJS

CERTIFICATE OF SERVICE
*Myeong Ok Park v. Macario Medina, Whisler AG Services, et al.*
U.S. Dist. Ct., Eastern Dist. Of California Case No.: 1:14-cv-00229-LJO-MJS

I, Edward G. Operini, declare:

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of Los Angeles: my business address is 3325 Wilshire Boulevard, Suite 800, Los Angeles, California 90010.

On **August 18, 2014**, I served true copies of the following document(s) on all parties in this action as set forth below:

DOCUMENT   [Proposed] Order

| SERVICE LIST | | |
|---|---|---|
| Edmund G. Farrell, III, Esq.<br>MURCHISON & CUMMING, LLP<br>801 S. Grand Avenue, 9th Fl.<br>Los Angeles, CA 90017-4613 | Phone: (213) 623-7400<br>Fax: (213) 623-6336<br>Efarrell@murchisonlaw.com<br>*Attorneys for Defendants*<br>WHISLER AG SERVICES, INC.,<br>*a California corporation, and*<br>MACARIO MEDINA, *an*<br>*individual* | |
| B. Clyde Hutchinson, Esq,<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541 | Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699<br>*Attorneys for Defendant*<br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>a/k/a AMTRAK | |

[X] BY UNITED STATES MAIL: I deposited sealed envelopes containing true copies of the document(s) with the United States Postal Service, Main Office in La Verne, California, addressed to the parties in the service list.   (C.C.P. § 1013(a)).

[ ] BY ELECTRONIC MAIL [PDF]: I transmitted true copies of the document(s) by electronic mail as a PDF attachment to the email addresses listed in the service list. (C.C.P. Sec. 1010.6(a)(6)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)). I transmitted true copies of the document(s) by facsimile machine this date from telecopier number (213) 389-3438 to the facsimile numbers listed in the service list, and no error was reported.

[ ] BY OVERNIGHT COURIER: I deposited sealed envelopes containing true copies of the document(s) with Federal Express or the United States Post Office via Priority Mail, with pre-paid next business day service, addressed to the parties in the service list. (C.C.P. § 1013(c)(d)).

**SKLG, APC**
3325 Wilshire Boulevard, Suite 800
Los Angeles, California 90010

☐ BY PERSONAL SERVICE: I delivered sealed envelopes containing true copies of the document(s) to the parties in the service list. (C.C.P. § 1011(a)(b)).

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ *(FEDERAL)* I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on August 18, 2014, at Fontana, California.

/S/

_____
**EDWARD G. OPERINI**

**SKLG, APC**
3325 Wilshire Boulevard, Suite 800
Los Angeles, California 90010