# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYEONG OK PARK,** | 1:14-cv-229-LJO-MJS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION (Doc. 18)** |
| v. | |
| **MACARIO MEDINA, et al.,** | |
| Defendants. | |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii)[1] (Doc. 18), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **September 15, 2014**               /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

---

[1] The parties requested that this case be dismissed under Fed. R. Civ. P. 41(a)(1). The Court construes their request to be brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1